IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 3:10cr14-WKW |
| | ) | |
| **JERRY HOLLAND** | ) | |

## MOTION TO WITHDRAW AS COUNSEL AND TO APPOINT NEW COUNSEL

**COMES NOW** Joseph P. Van Heest for Defendant Jerry Holland and hereby moves to withdraw as counsel for the defendant and asks that this Court appoint new counsel for Mr. Holland. In support of this motion the undersigned states as follows:

1. Counsel was appointed to represent Mr. Holland on February 19, 2010.

2. Counsel recently accepted appointment as the Tuscaloosa County Public Defender and will begin in that capacity in August, 2010. That position prohibits counsel from engaging in the private practice of law.

3. Counsel met with Mr. Holland and discussed this matter with him on Thursday, June 24, 2010. Mr. Holland's sentencing hearing is set for August 5, 2010. Substitution of counsel now will not prejudice either the government or Mr. Holland and will permit adequate time for new counsel to prepare for the sentencing hearing.

WHEREFORE, for the reasons set forth above, counsel for defendant, Jerry Holland, respectfully requests that this motion be granted, that he be permitted to withdraw and that new counsel be appointed to represent Mr. Holland

Dated this 24th day of June, 2010.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
1019 South Perry Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris , Esq., Assistant U. S. Attorney, PO Box 197, Montgomery, Alabama  36101.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
1019 South Perry Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026