IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF** | * | |
| | * | |
| v. | * | CR NO. 3:10-014-WKW |
| | * | |
| **PEDRO RODRIGUEZ -PALMA** | * | |
| **DEFENDANT** | * | |

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO THE HONORABLE W. KEITH WATKINS, UNITED STATES DISTRICT JUDGE:**

COMES NOW, the Defendant Pedro Rodriguez-Palma, by and through his below signed counsel and shows unto the Court that the testimony of Francisco Rodriguez is material and necessary in the above styled criminal matter. The witness is now in the custody of the United States Marshall being housed at the Montgomery, Alabama City Jail. Moreover, the above styled criminal matter is set for sentencing on August 5, 2010. The witness is a Co-Defendant in the above styled case who is also presently set for sentencing on the same date.

WHEREFORE, the undersigned counsel prays that your Honor will direct the Clerk of this Court to issue a Writ of Habeas Corpus Ad Testificandum addressed to the United States Marshall for the Middle District of Alabama commanding him to deliver the witness/prisoner before this Honorable Court to testify at sentencing on August 5, 2010 at 2:00PM and subsequent days as necessary until the trial is complete.

Respectfully submitted this day, July 12, 2010.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - Fax
halstromtim@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the appropriate parties.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021