IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. |
| v. | ) | |
| | ) | 3:10-cr-14-WKW-SRW |
| JERRY HOLLAND | ) | |

**MOTION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Jerry Holland into the custody of SA Thomas Halasz, DEA, from August 24, 2010, through November 30, 2010, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing of SA Thomas Halasz, DEA, to return said prisoner into the custody of the United States Marshals Service when they are finished with him.

Respectfully submitted this the 20th day of August, 2010.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280/Fax: (334) 223-7135
E-mail: Susan.Redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | CRIMINAL NO. |
| v. ) | |
| ) | 3:10-cr-14-WKW-SRW |
| JERRY HOLLAND ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorney's of record.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280/Fax: (334) 223-7135
E-mail: Susan.Redmond@usdoj.gov

2