IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. |
| v. | ) | |
| | ) | 3:10-cr-14-WKW-SRW |
| JERRY HOLLAND | ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner filed on August 20, 2010 (Doc. # 162), and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Jerry Holland from August 24, 2010, through November 30, 2010, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that SA Thomas Halasz, DEA, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 23rd day of August, 2010.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE