THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 3:10-CR-14 -WKW-03 |
| ) | |
| JERRY HOLLAND  ) | |

## MOTION FOR DOWNWARD DEPARTURE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to the United States Sentencing Commission, Guidelines Manual, Section 5k1.1, and United States Code 18 § 3553(e), respectfully requests this Honorable Court to downwardly depart six (6) levels in the sentence that would otherwise be imposed on Defendant Jerry Holland, and as reasons therefore, submits the following:

1.  The United States herein states that Jerry Holland has provided substantial assistance in the prosecution of the co-defendants in this case.

Wherefore, premises considered, the United States moves this Honorable Court for a downward departure from the calculated guideline range and statutorily set mandatory minimum. This motion seeks a departure of six (6) levels and requests that this Court grant said motion.

Respectfully submitted this the 5th day of October, 2010.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
301 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7280
E-mail: susan.redmond@usdoj.gov

THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:10-CR-14-WKW-03 |
| | ) | |
| JERRY HOLLAND | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Aimee C. Smith, Esq.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        301 Clayton Street
        Montgomery, AL 36104
        Phone: (334) 223-7280
        FAX: (334) 223-7280
        E-mail: susan.redmond@usdoj.gov