### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:10-CR-0014-WKW |
| ) | |
| JERRY HOLLAND, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO APPOINT COUNSEL

**COMES NOW**, Hon. Aimee C. Smith and files this motion to be appointed as counsel of record for federal inmate Jerry Holland.  In support of this request, counsel states the following:

1. Hon. Aimee C. Smith was retained to serve as Jerry Holland's trial counsel in the above listed criminal matter.

2. Mr. Holland was adjudication guilty following a plea, and is currently incarcerated in the federal bureau of prisons.

3. Mr. Holland is likely to be called to testify against a newly indicted co-defendant, thus is in need of counsel to represent him on additional matters.

4. Mr. Holland qualifies to have counsel appointed due to financial hardship. Mr. Holland is currently incarcerated in the federal bureau of prisons and has no income.

5. Due to Hon. Aimee C. Smith's familiarity with Mr. Holland, and the facts and circumstances of the case involving Mr. Holland, Mr. Holland requests that the Hon. Aimee C. Smith be appointed as counsel to represent him regarding this matter.

**WHEREFORE**, premises considered, Hon. Aimee C. Smith moves this court to appoint Hon. Aimee C. Smith as attorney for Jerry Holland.

/s/ Aimee C. Smith
_____
AIMEE C. SMITH (SMI 220)
Law Offices of Aimee C. Smith, P.L.L.C.
22 Scott Street, 2nd Floor
Montgomery, Alabama 36104
(334) 264-6466

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served, by electronic service to the following:

Hon. Susan Redmond
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101

**Done** on this the 31st day of January, 2011.

/s/ Aimee Cobb Smith
_____
OF COUNSEL

081-10/M2Appt1.2