IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:10-CR-14-WKW |
| | ) | |
| JERRY HOLLAND | ) | |

## **ORDER**

Upon consideration of the Motion to Appoint Counsel (Doc. # 271), and for good cause shown, it is ORDERED that the motion is GRANTED. Aimee C. Smith, Esq., is APPOINTED to represent Mr. Holland in this matter.

DONE this 3rd day of February, 2011.

                                                            /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE